# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-00312-CR-W-DGK |
| | ) | |
| JUANITA WROTEN, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On October 24, 2018, the Grand Jury returned a one-count Indictment charging that beginning on or about May 3, 1999, and continuing through on or about October 3, 2013, the Defendant, Juanita Wroten, did knowingly and willfully steal, purloin, and convert to her own use, money of the United States and a department and agency thereof, whose value exceeded $1,000.00, that is, Title II Program benefits of approximately $135,892.00, to which she was not entitled.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government: Courtney R Pratten and Paul S. Becker
         Case Agent: Agent Don Krohn of the Social Security Administration
      Defense: Robert Glen Kuchar and Mark Ermine
         Investigator: Mark Wolpink

**OUTSTANDING MOTIONS**:  No outstanding motions.

**TRIAL WITNESSES**:
      Government: 3 with stipulations; 5 without stipulations
      Defendant: 1 witness, including the Defendant

**TRIAL EXHIBITS:**
      Government: approximately no more than 10 exhibits
      Defendant: approximately no more than 5 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; (X) Possibly for trial; (   ) Likely a plea will be worked out

**TRIAL TIME: 2 days total**
    Government's case including jury selection: 1 ½  days
    Defendant: ½  day

**STIPULATIONS**: None at this time, but the Government will be proposing stipulations to the defense in the near future.

**UNUSUAL QUESTIONS OF LAW:**  None.

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: (none filed) **Due on or before March 3, 2020.**
        Defendant: (none filed) **Due on or before March 3, 2020**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on**

**or before March 11, 2020.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:  Due on or before March 11, 2020.**


**TRIAL SETTING**: Criminal jury trial docket set for March 16, 2020.

    **Please note:** Defense counsel requests the second week as he is out of town the first week. The Government has no objection to the request. The Defendant is currently on dialysis and receives dialysis on Tuesdays and Thursdays.


    **IT IS SO ORDERED**


                    */s/ Lajuana M. Counts*
                    _____
                    LAJUANA M. COUNTS
                    UNITED STATES MAGISTRATE JUDGE