# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00312-01-CR-W-DGK |
| ) | |
| JUANITA WROTEN, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On October 24, 2018, the Grand Jury returned a one-count Indictment charging that beginning on or about May 3, 1999, and continuing through on or about October 3, 2013, the Defendant, Juanita Wroten, did knowingly and willfully steal, purloin, and convert to her own use, money of the United States and a department and agency thereof, whose value exceeded $1,000.00, that is, Title II Program benefits of approximately $135,892.00, to which she was not entitled.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government: Courtney R Pratten and Nicholas Heberle (Lori Nelson (paralegal))
       Case Agent: Agent Don Krahn of the Social Security Administration
      Defense: Robert Glen Kuchar and William M. Ermine
       Investigator: Mark Wolpink

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
      Government: 5 with stipulations; 5 without stipulations
      Defendant: 1 witness, including the Defendant

**TRIAL EXHIBITS:**
      Government: approximately no more than 15 exhibits
      Defendant: approximately no more than 5 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; () Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2 days total**
Government's case including jury selection: 1 ½ days
Defendant: ½ day

**STIPULATIONS**: It is anticipated that there will be stipulations as to foundation for certain exhibits.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: **Updated list(s) due on or before April 20, 2021.**
Amended proposed Witness and Exhibit Lists filed 11/10/20
Defendant: **Due on or before April 20, 2021**.

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions:**

**Amendments due on or before April 28, 2021.**

Government's Proposed Voir Dire filed 3/6/20
Government's Proposed Jury Instructions filed 3/11/20
Defendant's Proposed Jury Instructions filed 3/11/20

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine:** Defense counsel anticipates filing a motion in limine. **Due on or before April 28, 2021.**

**TRIAL SETTING**: Criminal jury trial docket set for May 2, 2021.

**Please note:** The Defendant is currently on dialysis and receives dialysis on Tuesdays and Thursdays. Defense counsel is requesting the first week of the docket because Mr. Ermine is out of town on May 10th.

**IT IS SO ORDERED**

                                                  */s/ Lajuana M. Counts*
                                                  LAJUANA M. COUNTS
                                                  UNITED STATES MAGISTRATE JUDGE